1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHY MAY WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-01116-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO THE COMPLAINT<br><br>(ECF No. 10) |
|---|---|

Before the Court is the parties' stipulation for an extension of time in which Defendant may file response to Plaintiff's complaint that seeks review of a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **December 3, 2025**, to file a response to the complaint. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **October 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge