# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KATHY MAY WILSON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:25-cv-01116-SAB

ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

(ECF No. 15)

Plaintiff Kathy May Wilson commenced this action on September 3, 2025, challenging the Commissioner of Social Security's final decision denying his application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 7, 8, 9.) On January 27, 2026, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED for further proceedings consistent with the terms of the stipulation (ECF No. 15);

2. All pending dates and matters are VACATED; and

///

3.     Judgment shall be ENTERED in favor of Plaintiff Kathy May Wilson and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **January 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2